JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARRIE ANN MARQUEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:20-cv-01128-SKO<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(Doc. 16) |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from April 8, 2021 to May 10, 2021, for Plaintiff to serve on defendant with PLAINTIFF'S LETTER BRIEF .  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary as Counsel for plaintiff has had a death in his family and had to travel to Mexico.

　　　Additionally, Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant  does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

1

Respectfully submitted,

Dated: April 8, 2021                PENA & BROMBERG, ATTORNEYS AT LAW

                                    By: */s/ Jonathan Omar Pena*
                                        JONATHAN OMAR PENA
                                        Attorneys for Plaintiff

Dated: April 8, 2021                PHILLIP A. TALBERT
                                    Acting United States Attorney
                                    DEBORAH LEE STACHEL
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration

                                    By: *\*/s/ Ellinor R. Coder*
                                        Ellinor R. Coder
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant
                                        (*As authorized by email on April 8, 2021)

## ORDER

Based on the parties' above-stipulation (Doc. 16, erroneously filed as a motion), and for good cause shown, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time, up to and including May 10, 2021, to file her Confidential Letter Brief. All other deadlines set forth in the Scheduling Order (Doc. 15) are modified accordingly.

IT IS SO ORDERED.

Dated:   **April 12, 2021**                    /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE