PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CSBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4814
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| CARRIE ANN MARQUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:20-cv-01128-SKO<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER<br><br>(Doc. 19) |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Andrew Saul, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the Court will vacate the prior decision of the administrative law judge (ALJ) and remand for a new decision pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

Upon remand, the Appeals Council will direct the Administrative Law Judge to provide the claimant an opportunity for a new hearing; re-evaluate the opinion evidence; re-evaluate the claimant's alleged symptoms; re-evaluate the claimant's residual functional capacity; and, obtain

supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on the claimant's occupational base.

Respectfully submitted,

Dated: June 7, 2021  /s/ *Jonathan O. Pena**
(*as authorized via e-mail on June 7, 2021)
JONATHAN O. PENA
Attorney for Plaintiff

Dated: June 7, 2021  PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/ *Ellinor R. Coder*
ELLINOR R. CODER
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Based upon the parties' above Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 19), and for cause shown, IT IS HEREBY ORDERED that the above-captioned action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court is hereby DIRECTED to: (1) enter judgment in favor of Plaintiff Carrie Ann Marquez and against Defendant Andrew Saul, Commissioner of Social Security; and (2) administratively close this file.

IT IS SO ORDERED.

Dated: **June 8, 2021** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE